UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPHINE SULLIVAN : | |
| : | CASE NO. 3:03CV1040 (PCD) |
| VS. : | |
| : | |
| CARSON PRODUCT DEVELOPMENT, ET AL. : | |

## ENDORSEMENT ORDER

The Rule 26(f) Report of Parties' Planning Meeting, document no. 12, is APPROVED AND ADOPTED IN PART as follows: Discovery should be commenced immediately and is to be completed by June 9, 2004; dispositive motions are to be filed on or before July 9, 2004, compliant with the Supplemental Order. All other deadlines as set forth in the Report are to be modified accordingly.

SO ORDERED. Dated at New Haven, Connecticut, this 9th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court