FILED
FEB 20  2 07 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPHINE SULLIVAN<br>     Plaintiff, | :<br>:  CIVIL ACTION NO.<br>:  3:03cv1040(PCD) |
| v. | : |
| CARSON PRODUCT,<br>DEVELOPMENT, INC.,ET AL<br>     Defendant | :<br>:  FEBRUARY 19, 2004 |

### COUNSEL STATEMENT RE: RULE 26 (f) FILING

In accordance with the clerk's Notice to Counsel issued relative to the delayed filing of the Rule 26(f) Report, counsel represent as follows:

1.   This action was originally returned to the Superior Court for the Judicial District of New London at Norwich bearing return date of June 17, 2003.

2.   On or about June 11, 2003, defendant removed the case to Federal Court based on federal question jurisdiction and diversity of citizenship.

3.   On or about December 16, 2003, plaintiff filed her initial disclosures.

4.   On January 28, 2004, a settlement/status conference took place before PJO Lawrence Iannotti.

5.   At that time, the parties were unable to settle this case, but did engage in scheduling discussions.

6.   It was agreed that the 26(f) statement would be filed by February 6, 2004, and certain additional discovery would be commenced. The 26(f) statement was in fact filed with the court on February 6, 2004, and plaintiff has commenced his discovery.

7. The parties have acted dilligently with respect to prosecution and defense of the claims, especially in light of the complex nature of the claims and defenses.

8. An oversight by plaintiff's counsel resulted in the failure to file the Rule 26(f) report. The press of business and several state court jury selections and trials during the last quarter of 2003 occupied plaintiff's counsel's time. State court jury selection typically absorbs four days each with evidence and argument taking an additional two days.

9. Upon conclusion of the settlement/status conference, counsel immediately conferred and prepared a Rule 26(f) Report. The same has been filed in accordance with the terms of the status conference.

10. It is respectfully requested that sanctions not enter in this matter as counsel have not been neglectful of the case and have proceeded diligently in dealing with the claims and issues.

THE PLAINTIFF,
JOSEPHINE SULLIVAN

BY: _____
Lorenzo J. Cicchiello ct09277
lorenzo.cicchiello@snet.net

Cicchiello & Cicchiello
582 West Main Street
Norwich, CT 06360
860-886-9300 phone
860-886-5963 fax
Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel of record and pro se parties on February 19, 2004.

Daniel Kalish, Esq.
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

_____
Lorenzo J. Cicchiello