UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPHINE SULLIVAN<br><br>Plaintiff,<br><br>v.<br><br>CARSON PRODUCT DEVELOPMENT, INC., L'ORÉAL USA PRODUCTS, INC., & SALLY BEAUTY CO., INC.<br><br>Defendants. | CIVIL ACTION NO.<br>3:03CV1040 (PCD)<br><br><br><br><br><br><br><br><br><br>March 9, 2004 |

## MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES TO DISCOVERY REQUESTS

Defendants respectfully move, pursuant to Federal Rule of Civil Procedure 6 (b) and Local Rule 7(b)(1)(b), for an extension of time, through and including March 29, 2004, to answer Plaintiff's interrogatories and document requests. In support of this motion, Defendants state the following:

1. Defendants' answers and interrogatories are presently due on March 11, 2004;

2. That the Defendants have inquired of counsel for the Plaintiff, who consents to this extension request;

3. That this is the Defendants' first motion for extension of time; and

4. That there is good cause for this extension, in that counsel for Defendants needs additional time to consult with his clients and prepare an adequate response.

DEFENDANTS
SALON PRODUCTS, INC., L'ORÉAL USA
PRODUCTS, INC., SALLY BEAUTY CO., INC.,

By:_____
Jeremy Zimmermann (ct04154)
Daniel Kalish (ct24350)
Wiggin and Dana, LLP
One Century Tower
New Haven, CT 06508
(203) 498-4400

## **CERTIFICATION**

This is to certify that a true copy of the foregoing was served via certified mail, return receipt requested, this 9th day of March 2004, to the following counsel of record:

Lorenzo J. Cicchiello, Esq.
Cicchiello & Cicchiello
582 West Main St.
Norwich, CT 06360