UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPHINE SULLIVAN

   -vs-                                                  Civil No. 3:03 cv 1040 (PCD)

CARSON PRODUCT DEVELOPMENT,
INC., ET ALS

## ENDORSEMENT ORDER

_____Defendants' motion for extension of time until March 29, 2004 to answer plaintiff's interrogatories and document requests (Doc. #15) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, March 10, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge