UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPHINE SULLIVAN | : | CIVIL ACTION NO. |
| | : | 3:03 CV 1040 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CARSON PRODUCT DEVELOPMENT, | : | |
| L'ORÉAL USA PRODUCTS, INC., & | : | |
| SALLY BEAUTY CO., INC. | : | |
| | : | |
| Defendants. | : | April 2, 2004 |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants Salon Products, Inc. (formerly known as Soft Sheen/Carson, Inc., which was formerly known as Carson Products Company, which was incorrectly sued here as Carson Product Development, Inc.), L'Oréal USA Products, Inc., and Sally Beauty Co., Inc. in the above-captioned lawsuit.

*[signature]*

James P. Ball (ct25224)
Wiggin and Dana LLP
One Century Tower
New Haven, CT 06508
(203) 498-4400
Fax: (203) 782-2889
E-mail: jball@wiggin.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, prepaid postage, this 2nd day of April, 2004 on counsel for the plaintiff:

Lorenzo J. Cicchiello, Esq.
Cicchielo & Chicchiello
582 West Main St.
Norwich, CT 06360

_____
James P. Ball

\15212\3\458216.1