**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
APR 5 1 42 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| JOSEPHINE SULLIVAN | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03cv1040(PCD) |
| v. | : | |
| | : | |
| CARSON PRODUCT, | : | |
| DEVELOPMENT, INC.,ET AL | : | APRIL 2, 2004 |
| Defendant | | |

## MOTION FOR CONTINUANCE

The plaintiff in the above matter respectfully moves for a continuance of the Settlement/Status Conference date scheduled for April 7, 2004. In support of her motion, the undersigned provides the following.

1. Counsel for the plaintiff is unavailable because he will be at trial in the matter of Michael Starkley vs. Jennifer Columbia, et al, Docket CV03-0126984S, at New London Superior Court.

Defense counsel indicated that he had no objection to a continuance

**WHEREFORE**, the undersigned respectfully moves that the court grant this continuance.

THE PLAINTIFF, JOSEPHINE SULLIVAN

By_____
Lorenzo J. Cicchiello
Her Attorney
Federal Bar # ct09277
Cicchiello & Cicchiello
582 West Main Street
Norwich, CT 06360
860.886.9300

**ORDER**

The foregoing objection, having been presented to the Court, it is hereby ORDERED: Granted/Denied.

BY THE COURT

_____
Judge/Clerk/Assistant Clerk

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the foregoing was mailed and/or faxed to all parties of record on April 2, 2004

Jim Ball, Esq.
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(1-203-782-2889 fax)

_____
Lorenzo J. Cicchiello
Commissioner of District Court