## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPHINE SULLIVAN : | |
| : | CASE NO. 3:03CV1040 (PCD) |
| VS. : | |
| : | |
| CARSON PRODUCT DEVELOPMENT, ET AL. : | |

## ENDORSEMENT ORDER

The Motion for Continuance, document no. 19, is DENIED.

SO ORDERED. Dated at New Haven, Connecticut, this 7th day of April, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court