UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
APR 7  12 28 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JOSEPHINE SULLIVAN,         :

    Plaintiff,              :

    -vs-                    :   CIVIL NO. 3:03CV1040 (PCD)

CARSON PROD. DEV., ET AL.,  :

    Defendants.             :

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 7th day of April, 2004.

_____
Lorenzo J. Cicchiello, Esq.
Attorney for Plaintiff

_____
James P. Ball, Esq.
Attorney for Defendants