## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPHINE SULLIVAN  :  | |
| : | CASE NO. 3:03CV1040 (PCD) |
| VS.  : | |
| : | |
| CARSON PRODUCT DEVELOPMENT, ET AL.  : | |

## **ENDORSEMENT ORDER**

The Stipulated Protective Order, document no. 17, is SO ORDERED.

Dated at New Haven, Connecticut, this 2nd day of June, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court